UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6759**

———————

RICHARD GRIFFIN,

Plaintiff - Appellant,

versus

RUFUS FLEMING, former Warden of Nottoway
Correctional Center, in his individual and
official capacity; KEITH DAVIS, Assistant of
Programs, in his individual and official
capacity; RANDY MAYTON, Volunteer Services
Director, in his individual and official
capacity; CAPTAIN WHITLOW, Watch Commander, in
his individual and official capacity; KIMBER-
LEY H. RUNION, Former Operations Officer, in
her individual and official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-96-74-2)

———————

Submitted: September 11, 1997   Decided: September 23, 1997

———————

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Richard Griffin, Appellant Pro Se. Lance Bradford Leggitt, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Griffin v. Fleming, No. CA-96-74-2 (E.D. Va. Apr. 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The order also granted Appellees' motion for a protective order, overruled Appellant's objections thereto, and denied Appellant's motions for appointment of counsel and to amend the complaint.